The UNITED STATES ex rel. DUPESHOVICH v. E. P. REYNOLDS, Inspector, etc.

No. 5492.

Circuit Court of Appeals, Seventh Circuit.
Sept. 17, 1934.

William C. Brooks, of Gary, Ind., for appellant.

James R. Fleming, of Fort Wayne, Ind., for appellee.

Before EVANS, SPARKS, and PAGE, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed for failure of the appellant to comply with section 1 of rule 21 of the rules of this court.